# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-2897
_____

Bret Healy

*Plaintiff - Appellant*

v.

Charlene Miller, Officially and Individually; Patrick T. Smith, Officially and
Individually; First Judicial Circuit Court; Brule County, South Dakota

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of South Dakota - Southern
_____

Submitted: June 30, 2025
Filed: July 3, 2025
[Unpublished]
_____

Before SMITH, KELLY, and KOBES, Circuit Judges.
_____

PER CURIAM.

Bret Healy appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint challenging a state court order imposing sanctions on him in prior litigation. Appellees move for this court to take judicial notice of documents filed in the underlying state court proceedings. Upon careful de novo review of the record and the parties' arguments on appeal, we find no basis for reversal. See Dalton v. NPC Int'l, Inc., 932 F.3d 693, 695 (8th Cir. 2019) (standard of review). Accordingly, we grant appellees' motion and affirm the judgment. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Roberto Lange, Chief Judge, United States District Court for the District of South Dakota.